Matthew R. Eason (SBN 160148)
Kyle K. Tambornini (SBN 160538)
Erin M. Scharg (SBN 285311)
EASON & TAMBORNINI, ALC
1234 H Street, Suite 200
Sacramento, California 95814
Telephone: (916) 438-1819
Facsimile: (916) 438-1820
Email: *matthew@capcitylaw.com*
*kyle@capcitylaw.com*
*erin@capcitylaw.com*

Attorneys for Plaintiff
JEANIE MAIER


JACKSON LEWIS P.C.
Douglas M. Egbert (SBN 265062)
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141
Email: *james.jones@jacksonlewis.com*
*douglas.egbert@jacksonlewis.com*

Attorneys for Defendant
SEE'S CANDIES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANIE MAIER,<br><br>  Plaintiff,<br><br>  v.<br><br>SEE'S CANDIES, INC.; and DOES 1-100, inclusive,<br><br>  Defendants. | CASE NO. 2:19-cv-01004-MCE-EFB<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE LAWSUIT WITH PREJUDICE**<br><br>Complaint Filed: April 12, 2019<br>Trial Date: TBD |

///

///

Upon stipulation of JEANIE MAIER ("Plaintiff") and SEE CANDIES, INC. ("Defendant") (collectively, "the Parties"), IT IS HEREBY STIPULATED that the above-captioned case and all claims asserted therein be dismissed in their entirety with prejudice.

Respectfully submitted by:

Dated: February 27, 2020      EASON & TAMBORNINI, ALC

By: /s/ *Matthew R. Eason (as authorized on 2/26/2020)*
MATTHEW R. EASON

Attorneys for Plaintiff
JEANIE MAIER

Dated: February 27, 2020      JACKSON LEWIS P.C.

By: /s/ *Douglas M. Egbert*
DOUGLAS M. EGBERT

Attorneys for Defendant
SEE CANDIES, INC.

## **ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED that that the above-captioned case and all claims asserted therein be DISMISSED in their entirety without leave to amend. Each party shall bear her/its own costs and attorneys' fees, and the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: March 5, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE